UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHRYN GAUTREAU

VERSUS

LOWE'S HOME CENTER, INC., ET AL

CIVIL ACTION

NO. 12-630-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 19, 2012 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiff Kathryn Gautreau is DENIED.

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA